IN THE COMMONWEALTH COURT OF PENNSYLVANIA

FS Partners,                                    :
                              Appellant        :
                                                :
        v.                                      :
                                                :
York County Tax Claim                           :
Bureau and Thomas R. Steele                     :        No. 1109 C.D. 2015

## **O R D E R**

NOW, February 17, 2016, upon consideration of appellant's application for reargument and appellee's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge